IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN DOE,

    Plaintiff,

vs.                                   CASE NO. 4:16cv643-RH/CAS

FLORIDA BOARD OF BAR
EXAMINERS,

    Defendant.
_____/

**DEFENDANT FLORIDA BOARD OF BAR EXAMINERS'
MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
(AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT)**

Defendant FLORIDA BOARD OF BAR EXAMINERS ("Board"), pursuant to Rule 7.1(I), N.D. Fla. Loc. R., moves for leave to file a Reply Memorandum to Plaintiff's response (ECF No. 24) to the Board's amended motion to dismiss the complaint (ECF No. 21).

**MEMORANDUM OF LAW**

This action arises out of the Plaintiff's application for admission to The Florida Bar. The Plaintiff's application for admission is currently pending before the Board. In his complaint, the Plaintiff alleges that the Board has violated his rights under Title II of the Americans with Disabilities Act, 42 U.S.C. §12132 et

seq. ("ADA") during the course of his bar admission proceeding.  Plaintiff seeks injunctive relief and an award of damages.

The Board has moved to dismiss Plaintiff's complaint based on (i) the *Younger* abstention doctrine, (ii) Eleventh Amendment immunity and (iii) Plaintiff's failure to state a claim for relief under the ADA, as a matter of law.  The Board requests leave of court to file a Reply Memorandum to address certain arguments made by Plaintiff in response to the Board's motion to dismiss.  The Board's Reply will not repeat arguments previously made in its motion to dismiss but will only address matters raised in Plaintiff's response.

The issues to be addressed will include (i) the applicability of *Younger* abstention to Plaintiff's complaint in light of the status of Plaintiff's bar admission proceeding and the Supreme Court's abstention decision in *Sprint Communications v. Jacobs*, 134 S. Ct. 584 (2013); (ii) Plaintiff's argument that the Board is not entitled to Eleventh Amendment immunity with respect to his ADA claim based on Plaintiff's argument that his particular allegations rise to the level of an equal protection violation or are otherwise within Congress' "prophylactic authority" under section 5 of the Fourteenth Amendment; and (iii) the proper substantive standard to apply to Plaintiff's ADA Title II claim in the context of this case.

The Board submits that the Reply Memorandum it intends to file will be helpful to the Court in its analysis of the issues raised in the Board's motion to dismiss and Plaintiff's response.

        Respectfully submitted,

        /s/James J. Dean
        James J. Dean
        Florida Bar No.: 832121
        Primary Email: jdean@lawfla.com
        Secondary Email: tweiss@lawfla.com
        Robert J. Telfer III
        Florida Bar No.: 128694
        Primary Email: rtelfer@lawfla.com
        Secondary Email: clowell@lawfla.com
        **MESSER CAPARELLO, P.A.**
        2618 Centennial Place
        Tallahassee, Florida 32308
        Telephone: (850) 222-0720
        *Attorneys for Defendant*

**CERTIFICATE OF CONFERENCE WITH OPPOSING COUNSEL**

Undersigned counsel for Defendant conferred with Plaintiff's counsel in an effort to reach agreement regarding this motion. Plaintiff's counsel advised that Plaintiff "does not consent to the motion because the reasons stated are so generic that they could justify any reply to any response."

/s/James J. Dean
James J. Dean

**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

This motion with incorporated memorandum of law complies with the word limitation of N.D. Fla. Loc. R. 7.1(F) and contains 366 words, excluding the parts exempted by such rule.

/s/James J. Dean
James J. Dean

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically using CM\ECF to the following this 28th day of November, 2016:

| | |
|---|---|
| Timothy Edwards<br>Edwards Law Group LLC<br>10 E. Doty Street, Suite 800<br>Madison WI 53703<br>608-441-5113<br>Email: 5dwards@tdelawgroup.com<br>Secondary email: wagner@tdelawgroup.com | Melissa Horwitz<br>314 West Jefferson Street<br>Tallahassee, Florida 32301<br>(850)425-1997 telephone<br>(850)561-0836 facsimile<br>melissah@nettally.com;<br>melissahorwitz@yahoo.com |
| Richard E. Johnson<br>314 West Jefferson Street<br>Tallahassee, Florida 32301<br>(850)425-1997 telephone<br>(850)561-0836 facsimile<br>richard@nettally.com | |

    s/James J. Dean  
    James J. Dean