IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN DOE,

        Plaintiff,

vs.                                          CASE NO. 4:16cv643-RH/CAS

FLORIDA BOARD OF BAR
EXAMINERS,

        Defendant.
_____/

**STIPULATION FOR STAY PENDING DISPOSITION OF
PLAINTIFF'S APPLICATION FOR ADMISSION TO THE FLORIDA BAR**

      Plaintiff John Doe ("Plaintiff") and Defendant Florida Board of Bar Examiners ("Board") file this stipulation and jointly request that the Court enter a stay of this case pending final disposition of the Plaintiff's application for admission to The Florida Bar and state as follows:

      1.     Plaintiff filed the Complaint in this matter on October 14, 2016, alleging that the Board violated Plaintiff's rights under Title II of the Americans with Disabilities Act, 42 U.S.C. §12132 et seq. ("ADA") during the course of his bar admission proceeding. (ECF No. 1).

      2.     Plaintiff also filed a motion for injunctive relief regarding the Board's decision to require Plaintiff to undergo a substance use disorder evaluation and a

psychiatric evaluation by a physician approved by the Board, as part of the Board's investigation of Plaintiff's character and fitness for admission.   (ECF No. 4).

3. The Board filed a motion to dismiss the Complaint (ECF No. 21), and the Board's motion to dismiss remains pending.  The Court entered an Order staying discovery pending disposition of the Board's motion to dismiss.   (ECF No. 25).

4. Due to a change in Board policy, the Plaintiff has been scheduled for an investigative hearing before the Board without having to first undergo a substance use disorder evaluation or a psychiatric evaluation.

5. Given the foregoing, the parties have stipulated to a stay of the litigation of this matter pending final disposition of Plaintiff's application for admission to The Florida Bar.

6. The parties submit that a stay is appropriate under the circumstances, is in the interests of justice and will also serve to conserve judicial resources.

WHEREFORE, the Plaintiff John Doe and the Defendant Florida Board of Bar Examiners request that the Court enter a Stay of this case pending final disposition of the Plaintiff's application for admission to The Florida Bar.

Respectfully submitted,

| | |
|---|---|
| /s/ Richard E. Johnson | /s/James J. Dean |
| Richard E. Johnson | James J. Dean |
| Florida Bar No.: 858343 | Florida Bar No.: 832121 |
| 14 West Jefferson Street | Primary Email:  jdean@lawfla.com |
| Tallahassee, Florida 32301 | Secondary Email: |
| (850)425-1997 telephone | tweiss@lawfla.com |
| (850)561-0836 facsimile | **MESSER CAPARELLO, P.A.** |
| richard@nettally.com | 2618 Centennial Place |
| | Tallahassee, Florida 32308 |
| *Attorney for Plaintiff* | Telephone: (850) 222-0720 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished electronically using CM\ECF to the following this 31st day of January, 2017:

| | |
|---|---|
| Timothy Edwards<br>Edwards Law Group LLC<br>10 E. Doty Street, Suite 800<br>Madison WI 53703<br>608-441-5113<br>Email: edwards@tdelawgroup.com<br>Secondary email: wagner@tdelawgroup.com | Melissa Horwitz<br>314 West Jefferson Street<br>Tallahassee, Florida 32301<br>(850)425-1997 telephone<br>(850)561-0836 facsimile<br>melissah@nettally.com;<br>melissahorwitz@yahoo.com |
| Richard E. Johnson<br>314 West Jefferson Street<br>Tallahassee, Florida 32301<br>(850)425-1997 telephone<br>(850)561-0836 facsimile<br>richard@nettally.com | |

/s/James J. Dean
James J. Dean